1  WO
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9  United States of America,                    No. CR-15-01881-TUC-JAS-LAB
10                 Plaintiff,                    **ORDER**
11  v.
12  Francis Xavier Santillan,
13                 Defendant.
14

15         The defendant appeared in court with counsel. The defendant's probable cause
16  hearing was waived and the detention hearing was submitted on the record including a
17  proffer by defense counsel.   The Court finds probable cause to believe the defendant
18  violated the terms of his supervised release as alleged in the petition. The Court further
19  finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and
20  convincing evidence that he is not a flight risk or a danger.

21         IT IS HEREBY ORDERED that the defendant shall be bound over for further
22  proceedings on the petition to revoke his supervised release.

23         IT IS FURTHER ORDERED that the defendant is detained as a flight risk and a
24  danger, pending further revocation proceedings.

25         DATED this 26th day of November, 2019

26
27
28                                              _____
                                                Honorable Camille D. Bibles
                                                United States Magistrate Judge